IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY HOWARD BAD HAND,

      Plaintiff,

v.                                      No. 1:21-cv-00784-KG/GBW

THE COUNTY OF TAOS NEW MEXICO, *et al.*,

      Defendants.

### JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order granting summary judgment, (Doc. 18), filed March 29, 2023, the Court hereby enters judgment in favor of Defendant Joey Graves and against Plaintiff Jeremy Howard Bad Hand, and dismisses all claims against Mr. Graves with prejudice.

IT IS SO ORDERED.

                                  _____
                                  UNITED STATES DISTRICT JUDGE