IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY HOWARD BAD HAND,

    Plaintiff,

v.                                                                                                                         No. 1:21-cv-00784-KG/GBW

THE COUNTY OF TAOS NEW MEXICO, *et al.*,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order, (Doc. 18), filed March 29, 2023, the Court hereby dismisses with prejudice the New Mexico Civil Rights Act claim brought against the Board of County Commissioners of the County of Taos, New Mexico. The Court hereby enters judgment in favor of Taos County and against Plaintiff Jeremy Howard Bad Hand on all claims asserted against Taos County.

IT IS SO ORDERED.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE